In the Matter of SAMUEL E. LEVINE, Attorney.— Reference ordered. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

JEANETTE BORENSTEIN, Respondent, v. DAVID BORENSTEIN, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ. [151 Misc. 160.]

In the Matter of JACOB GRUDBERG, an Attorney.— Reference ordered. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of ARTHUR D. KINNEY, an Attorney.— Reference ordered. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

BEARD'S ERIE BASIN, INC., Respondent, v. THE NEW YORK AND PORTO RICO STEAMSHIP COMPANY, Defendant, Impleaded with DALZELL TOWING COMPANY, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

E. W. HOLMES COMPANY, INC., Respondent, v. SWITZERLAND GENERAL INSURANCE COMPANY OF ZURICH, Appellant, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

THE CITY OF NEW YORK, Appellant, v. NEW YORK WHOLESALE GROCERY COMPANY, INC., Respondent, Impleaded with Another.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

HENRY HORNBLOWER and Others, Appellants, v. MASSACHUSETTS BONDING AND INSURANCE COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

STORM KING TRADING CORPORATION, Appellant, v. BASHWITZ BROS. & Co., INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

DISINFECTING AND EXTERMINATING CORPORATION, Respondent, v. BLOOMINGDALE BROS., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

TOM MOORE BENNETT, Appellant, v. ATHENS TRADING CORPORATION and ALEX C. XYNOS, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

BEECHWOOD GUN CLUB, INC., a Membership Corporation, Appellant, v. CITY OF BEACON (N. Y.), a Domestic Municipal Corporation, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ. [153 Misc. ——.]

REGINA STANKEWITZ, an Infant, by Her Guardian ad Litem, JOHN STANKEWITZ, and JOHN STANKEWITZ, Appellants, v. ROMAN CATHOLIC CHURCH OF ST. ADELBERT, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

CARMEN ANDRES, as Administratrix, etc., of ARSENIO ANDRES, Deceased, Respondent, v. MUNICIPAL FARMS, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.